# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | * | CIVIL ACTION NO: 3-23-cv-01201 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| THE QUARTERS CONDOMINIUM | * | |
| OWNERS ASSOCIATION, INC. | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MEDIATION REPORT

Pursuant to this Court's Initial Case Management Order ¶ J, (ECF No. 35)—which requires submission of a joint mediation report before March 16, 2025 and completion of mediation prior to April 25, 2025—the Parties hereby advise the Court that they are scheduled to mediate this matter with Todd Panther of Sherrard Roe Voigt and Harbison, PLC on March 27, 2025.

Respectfully Submitted:

s/ James P. Nader (with permission by MMB)
**MATTHEW B. ROGERS**
Registration No. 038777
BURR & FORMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3246
Facsimile: (615) 724-3346
mrogers@burr.com

and

**JAMES P. NADER** (*pro hac vice*)
**LOBMAN, CARNAHAN, BATT,**
**ANGELLE AND NADER**
400 Poydras Street, Ste. 2300
New Orleans, LA 70130
(504) 586-9292

*Attorneys for Plaintiff*


s/ Mark M. Bell
Mark M. Bell (BPR No. 020948)
Andrew A. Warth (BPR No. 027606)
David J. Zeitlin (BPR No. 037664)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone (615) 244-6380
mark.bell@hklaw.com
drew.warth@hklaw.com
david.zeitlin@hklaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

James P. Nader
Benjamin J. Russell
Lobman, Carnahan, Batt, Angelle & Nader
700 Milam, Suite 1300
Houston, Texas 77002
(832) 871-5286
jpn@lcba-law.com
bjr@lcba-law.com

Matthew B. Rogers
Burr & Forman, LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3246
Facsimile: (615) 724-3346
mrogers@burr.com

*s/ Mark M. Bell*