# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | * | CIVIL ACTION NO: 3-23-cv-01201 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| THE QUARTERS CONDOMINIUM OWNERS ASSOCIATION, INC. | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Aspen Specialty Insurance Company, and Defendant, The Quarters Condominium Association, Inc., hereby stipulate through their respective counsel that this case is dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorney fees.

Jointly Submitted,

*/s/ Matthew B. Rogers*
MATTHEW B. ROGERS
Registration No. 038777
BURR & FORMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3246 / Facsimile: (615) 724-3346
mrogers@burr.com

-and-

**JAMES P. NADER** (*pro hac vice*)
**LOBMAN, CARNAHAN, BATT,**
**ANGELLE AND NADER**
400 Poydras Street, Ste. 2300
New Orleans, LA 70130
(504) 586-9292
*Attorneys for Plaintiff*

/s/David J. Zeitlin (by MBR w/email permission 4/28/2025)
Mark M. Bell (BPR No. 020948)
Andrew A. Warth (BPR No. 027606)
David J. Zeitlin (BPR No. 037664)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone (615) 244-6380
mark.bell@hklaw.com
drew.warth@hklaw.com
david.zeitlin@hklaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April 2025, I served a copy of the foregoing via the Court's CM/ECF system and/or email on the following:

Mark M. Bell
Andrew A. Warth
David J. Zeitlin
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
mark.bell@hklaw.com
drew.warth@hklaw.com
david.zeitlin@hklaw.com

*/s/ Matthew B. Rogers*